THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-mj-_1005_-RJ


FILED
JAN 10 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BG___ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| CHRISTOPHER SEAN ACREE, ) | |
| Defendant. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

## COUNT ONE: ASSAULT ON A GOVERNMENT OFFICER (OFFICER HERNANDEZ)

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did forcibly assault a person designated in 18 U.S.C. § 1114 while he was engaged in the performance of official duties, to wit, did kick Military Police Officer Jeremy Hernandez while Officer Hernandez was conducting a lawful investigation at the Midway Park Gate, Marine Corps Base Camp Lejeune, in violation of Title 18, United States Code, Section 111(a)(1).

1

## COUNT TWO: ASSAULT ON A GOVERNMENT OFFICER (OFFICER PECK)

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did forcibly assault a person designated in 18 U.S.C. § 1114 while he was engaged in the performance of official duties, to wit, did bite the inner thigh of Military Police Officer Samuel Peck while Officer Peck was conducting a lawful investigation at the Midway Park Gate, Marine Corps Base Camp Lejeune, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT THREE: ASSAULT ON A GOVERNMENT OFFICER (OFFICER SCHMITZ)

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did forcibly assault a person designated in 18 U.S.C. § 1114 while he was engaged in the performance of official duties, to wit, did kick the right eye of Military Police Officer Spencer Schmitz while Officer Schmitz was conducting a lawful booking at Building 37, Marine Corps Base Camp Lejeune, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT FOUR: RESISTING OFFICERS

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did willfully and unlawfully resist, delay, or obstruct a public officer in discharging or attempting to discharge an official duty, to wit, did disregard the commands of, and actively pulled away from and began running away from Military Police Officers Samuel Peck and Jeremy Hernandez while Officers Peck and Hernandez were conducting a lawful investigation at the Midway Park Gate, Marine Corps Base Camp Lejeune, in violation of North Carolina General Statutes, Section 14-223(a), as assimilated by the provisions of Title 18, United States Code, Section 13.

## COUNT FIVE: RESISTING OFFICERS

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did willfully and unlawfully resist, delay, or obstruct a public officer in discharging or attempting to discharge an official duty, to wit, did struggle, attempt to assault, attempt to bite, tensed, twisted, and attempted to break free from Officers, while being placed in hand irons and into a patrol car by Military Police Officers Lewis, Franco, Clear, and Collins while said Officers were conducting

3

a lawful arrest at the Midway Park Gate, Marine Corps Base Camp Lejeune, in violation of North Carolina General Statutes, Section 14-223(a), as assimilated by the provisions of Title 18, United States Code, Section 13.

## COUNT SIX: RESISTING OFFICERS

On or about January 5, 2023, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, CHRISTOPHER SEAN ACREE, did willfully and unlawfully resist, delay, or obstruct a public officer in discharging or attempting to discharge an official duty, to wit, did push back with his legs, kick free from, and force his way past Officers, while Military Police Officers Rivenburg, Collins, Valete, Schmitz and Peck were conducting a lawful booking at Building 37, Marine Corps Base Camp Lejeune, in violation of North Carolina General Statutes, Section 14-223(a), as assimilated by the provisions of Title 18, United States Code, Section 13.

This __10th__ day of __January__ 2025.

MICHAEL F. EASLEY JR.
United States Attorney

BY: _____
CHRISTOPHER D. JARAMILLO
Special Assistant United States Attorney
Eastern District of North Carolina
Marine Corps Installations – East
66 Holcomb Boulevard
Camp Lejeune, North Carolina 28547
Phone: 910-451-5067
Email: christophe.jaramillo@usmc.mil
New Mexico State Bar No. 145581

5